*Bertelsman* [handwritten]

**RICHARD LEWIS, in *PROPRIA PERSONA*
and *EX REL* as a Private Attorney General
For the Citizens of Tennessee and the
People of the United States of America**

Maynardville, TN 37807

**FILED**

MAR 25 2013

Clerk, U S District Court
Eastern District of Tennessee
At Knoxville

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| RICHARD LEWIS, et al, | Case No. 3:13-CV-93 |
| Plaintiffs, | Hon. BERTELSMAN/GUYTON |
| v. | PLAINTIFFS' MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AND WITH LEAVE TO RESUBMIT. |
| LYDIA CORNELL, et al | |
| Defendants. | |

**TO THE HONORABLE COURT:**

Pursuant to the REPORT AND RECOMMENDATION of his Hon. J. Guyton, I, Richard Lewis in *propria persona* and *ex rel* herein submit this motion to dismiss complaint without prejudice the complaint as originally filed on February 20, 2013 as recommended and will resubmit a new version, which incorporates his Honor's suggestions. The new version of the complaint will supplant the existing one with the same case number.

DATED: 3/25/2013  SUBMITTED BY: /s/ Richard Lewis
RICHARD LEWIS, in *propria persona* and *ex rel*

Page 1