IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

CIVIL ACTION NO. 3:13cv093 (WOB-HBG)

RICHARD LEWIS, ET AL.                                PLAINTIFF

VS.                           ORDER

LYDIA KORNILOFF, ET AL.                              DEFENDANTS

This matter is before the Court on two Report and Recommendations (Docs. 5, 9) and plaintiffs' objections thereto, and the Court having reviewed this matter, and being otherwise sufficiently advised,

**IT IS ORDERED** that the objections of plaintiffs be, and they hereby are, **overruled**; that the Report and Recommendations of the Magistrate Judge be, and hereby are, **adopted** as the findings of fact and conclusions of law of this Court; and this case be, and is hereby, **DISMISSED** pursuant to Fed. R. Civ. P. 41(b).

This 20th day of June, 2013.



Signed By:
William O. Bertelsman  WOB
United States District Judge